UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEPHEN H. BAFFORD, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> NORTHROP GRUMMAN CORPORATION, et al., <br><br> Defendants. | Case No. 2:18-cv-10219-ODW (Ex) <br><br> **FINAL JUDGMENT** |

On January 7, 2020, the Court filed an Order Granting Defendants' Motion to Dismiss, dismissing Plaintiffs' state-law claims with prejudice and granting Plaintiffs leave to amend their remaining claims. (Order, ECF No. 68.) On January 22, 2020, Plaintiffs filed a Notice of Intent Not to File Amended Complaint. (ECF No. 69.) Accordingly, the Court hereby enters **Judgment** in favor of Defendants and dismisses all of Plaintiffs' claims with prejudice. The Clerk of the Court shall Close the Case.

**IT IS SO ORDERED.**

Dated: February 3, 2020 _____

OTIS D. WRIGHT, II
United States District Judge