JS-6

# United States District Court
# Central District of California

STEPHEN H. BAFFORD, et al.,

    Plaintiffs,

  v.

NORTHROP GRUMMAN CORPORATION, et al.,

    Defendants.

Case № 2:18-cv-10219-ODW (Ex)

**JUDGMENT**

Pursuant to the Court's April 18, 2022, and May 17, 2022 Minute Orders, (ECF Nos. 113, 115), and Plaintiffs' Notice of Intent Not to File Further Amended Complaint and Request for Entry of Judgment, (ECF No. 116), it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

///
///
///
///
///
///
///

1. Defendant Administrative Committee of the Northrop Grumman Pension Plan ("Defendant") shall have **JUDGMENT** in its favor.
2. Plaintiffs Stephen H. Bafford, Laura Bafford, and Evelyn Wilson ("Plaintiffs") shall take nothing from Defendant.
3. Plaintiffs' claims are dismissed on the merits and with prejudice.

This order shall constitute the **FINAL JUDGMENT** of the Court. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

June 1, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**